UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH VAN HOOSE, | |
| Plaintiff, | |
| v. | Case No. 24-cv-2146-JPG |
| WORLD WIDE TECHNOLOGY HOLDING CO. LLC, and WORLD WIDE TECHNOLOGY, LLC, | |
| Defendants. | |

**MEMORANDUM AND ORDER**

This matter comes before the Court for case management purposes. The Court notes that the plaintiff resides in Missouri and that both defendants have their principal place of business in Missouri (Compl. ¶¶ 5-7). The defendants' citizenship is unclear because it depends on the citizenships of their members, not the states of their formation. *Page v. Dem. Nat'l Comm.*, 2 F.4th 630, 635 (7th Cir. 2021). The Complaint alleges that World Wide Technology Holdings Co., LLC is not even registered to do business in Illinois, although World Wide Technology, LLC is (Compl. ¶¶ 6, 7). And although the Complaint states that "a substantial part of the events and omissions giving rise to Plaintiff's claims occurred in this judicial district" (Compl. ¶ 4), no facts pled support this assertion.

In fact, other than that conclusory assertion of venue, there is no indication that this case has any connection to the Southern District of Illinois other than the fact that one of the defendant is registered to do business here, and there is no indication that the plaintiff's causes of action had anything to do with that defendant's doing business in Illinois. This leads the Court to doubt whether this case belongs in the Southern District of Illinois. For this reason, the Court **ORDERS** the plaintiff to **SHOW CAUSE** on or before October 11, 2024, why the Court should

not transfer this case to the United States District Court for the Eastern District of Missouri pursuant to 28 U.S.C. § 1404(a).  The defendants shall have seven days from the plaintiff's response to file a reply.

**IT IS SO ORDERED.**
**DATED:  September 11, 2024**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
