IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENNETH VAN HOOSE,

       Plaintiff,

v.

WORLD WIDE TECHNOLOGY
HOLDING CO., LLC, et al.,

       Defendants.

Case No. 24-cv-2146 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 2/17/2026**          MONICA A. STUMP, Clerk of Court

                                       _s/ Tina Gray, Deputy Clerk_

**Approved:**    _s/J. Phil Gilbert_
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**